1  CHRISTOPHER A. NEDEAU (CA SBN 81297)
   CARL L. BLUMENSTEIN (CA SBN 124158)
2  NOSSAMAN LLP
   50 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone: 415.398.3600
4  Facsimile: 415.398.2438

5
   Attorneys for defendants AU OPTRONICS CORPORATION
6  and AU OPTRONICS CORPORATION AMERICA
   and Co-Liaison Counsel for Defendants
7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12 | ELECTROGRAPH SYSTEMS, INC. AND;        CASE NO. C-10-0117-SI
   | ELECTROGRAPH TECHNOLOGIES
13 | CORPORATION,                           **MDL NO. 1827**

14 |           Plaintiffs,
                                            **STIPULATION AND ORDER EXTENDING
15 |     vs.                                TIME TO RESPOND TO COMPLAINT**

16
   EPSON IMAGING DEVICES
17 CORPORATION; EPSON ELECTRONICS
   AMERICA, INC.; HITACHI, LTD.;
18 HITACHI DISPLAYS, LTD.; HITACHI
   ELECTRONIC DEVICES (USA), INC.;
19 SHARP CORPORATION; SHARP
   ELECTRONICS CORPORATION;
20 TOSHIBA CORPORATION; TOSHIBA
   AMERICA ELECTRONIC
21 COMPONENTS, INC.; TOSHIBA
   AMERICA INFORMATION SYSTEMS,
22 INC.; TOSHIBA MATSUSHITA DISPLAY
   TECHNOLOGY, LTD.; SANYO
23 CONSUMER ELECTRONICS, LTD., LG
   DISPLAY CO., LTD.; LG DISPLAY
24 AMERICA, INC.; SAMSUNG
   ELECTRONICS CO., LTD.; SAMSUNG
25 ELECTRONICS AMERICA, INC.;
   SAMSUNG SEMICONDUCTOR, INC.; AU
26 OPTRONICS CORPORATION; AU
   OPTRONICS CORPORATION AMERICA;
27 CHI MEI CORPORATION; CHI MEI
   OPTOELECTRONICS CORPORATION;
28 CMO JAPAN CO., LTD.; CHI MEI
   OPTOELECTRONICS    USA,    INC.;
   NEXGEN    MEDIATECH,    INC.;

| | |
|---|---|
| 1 | NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; MITSUI & CO. (TAIWAN), LTD., |
| 5 | Defendants. |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (jointly, "Electrograph"), by and through their undersigned counsel, hereby stipulate and agree that all defendants named in this action may have a further extension, up to and including March 15, 2010, to respond to the complaint herein.

Defendants' co-liaison counsel also agree and so stipulate to that extension, on behalf of defendants AU Optronics Corporation; AU Optronics Corporation America, Inc; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Hannstar Display Corporation; LG Display Co., Ltd.; LG Display America, Inc.; Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Electronics America, Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc.; Epson Imaging Devices Corporation; Epson Electronics America, Inc.; Hitachi Ltd.; Hitachi Displays Ltd.; and Hitachi Electronic Devices (USA), Inc. (collectively, "Defendants").

Defendants and Electrograph further and jointly respectfully request that the Court enter this stipulation as an order.

Dated: March 1, 2010

*Counsel for:*
*Plaintiffs Electrograph Systems, Inc., and*
*Electrograph Technologies, Corp.*

By: _____
Phil Iovieno *(pro hac vice)*
Ryan T. McAllister
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
(518) 434-0600 (phone)
(518) 434-0665 (facsimile)

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Agreed on behalf of Defendants.

Dated: February 26, 2010

Counsel for:
*AU Optronics Corporation, and*
*AU Optronics Corporation America*

*Co-Liaison Counsel for all Defendants*

By: _____
Christopher A. Nedeau
Carl L. Blumenstein
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2424 (Facsimile)

SO ORDERED:

_____
Honorable Susan Illston

_____
Date Entered