Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4210
Facsimile:  (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-00117-SI | Case No. 3:10-cv-00117-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| ELECTROGRAPH SYSTEMS, INC., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.,<br><br>        Defendant. | **STIPULATION AND [PROPOSED] ORDER PERMITTING 30(b)(6) DEPOSITION OF MITSUI & CO. (TAIWAN), LTD. BEYOND DISCOVERY CUTOFF DATE** |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (together, "Plaintiffs"), and Defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui"), parties to the above-titled action (together, the "Parties"), hereby stipulate as follows:

WHEREAS, the Plaintiffs issued a Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Mitsui Taiwan on November 9, 2011.

WHEREAS, Mitsui Taiwan issued written objections to the Notice of Deposition on November 23, 2011.

WHEREAS, the Parties have met and conferred to discuss the location and scheduling of the noticed 30(b)(6) deposition.

WHEREAS, the Parties were unable to find a mutually agreeable date for the deposition prior to the discovery cutoff of December 8, 2011.

WHEREAS, Mitsui Taiwan has agreed to make its 30(b)(6) witness available after the discovery cutoff date as set forth below.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and Mitsui Taiwan, on the other hand, that:

1. The discovery cutoff date of December 8, 2011 be extended for the sole purpose of the aforementioned noticed deposition, but not for any other discovery; and

2. That the Plaintiffs take the 30(b)(6) deposition of Mitsui Taiwan on a mutually agreed date in January 2012.

Dated: November 29, 2011

/s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*
*emurdockpark@bakerlaw.com*

Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
*tcole@bakerlaw.com*

*Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*


By: /s/ Philip J. Iovieno
Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*

*Counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this __30th__ day of __Nov.__, __2011__.

By: _____/s/ Susan Illston_____
Hon. SUSAN ILLSTON