Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4210
Facsimile:  (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-00117-SI | Case No. 3:10-cv-00117-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| ELECTROGRAPH SYSTEMS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.,<br><br>Defendant. | **STIPULATION AND [PROPOSED] ORDER PERMITTING 30(b)(6) DEPOSITION OF MITSUI & CO. (TAIWAN), LTD. BEYOND DISCOVERY CUTOFF DATE** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

1    Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (together,

2  "Plaintiffs"), and Defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui"), parties to the above-titled

3  action (together, the "Parties"), hereby stipulate as follows:

4    WHEREAS, the Plaintiffs issued a Notice of Deposition Pursuant to Fed. R. Civ. P.

5  30(b)(6) to Mitsui Taiwan on November 9, 2011.

6    WHEREAS, Mitsui Taiwan issued written objections to the Notice of Deposition on

7  November 23, 2011.

8    WHEREAS, the Parties have met and conferred to discuss the location and scheduling of

9  the noticed 30(b)(6) deposition.

10    WHEREAS, the Parties were unable to find a mutually agreeable date for the deposition

11  prior to the discovery cutoff of December 8, 2011.

12    WHEREAS, Mitsui Taiwan has agreed to make its 30(b)(6) witness available after the

13  discovery cutoff date as set forth below.

14    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

15  undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and Mitsui

16  Taiwan, on the other hand, that:

17    1.    The discovery cutoff date of December 8, 2011 be extended for the sole purpose of

18  the aforementioned noticed deposition, but not for any other discovery; and

19    2.    That the Plaintiffs take the 30(b)(6) deposition of Mitsui Taiwan on a mutually

20  agreed date in January 2012.

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

STIPULATION AND [PROPOSED] ORDER
PERMITTING 30(B)(6) DEPOSITION OF MITSUI
TAIWAN BEYOND DISCOVERY CUTOFF DATE

Case No. 3:10-cv-00117-SI
Master File No. 3:07-md-01827-SI

1    Dated: November 29, 2011

2    /s/ Michael E. Mumford

3    Paul P. Eyre
Ernest E. Vargo

4    Michael E. Mumford
Erin K. Murdock-Park

5    BAKER & HOSTETLER LLP
PNC Center

6    1900 East Ninth Street, Suite 3200

7    Cleveland, OH 44114-3482
Telephone: (216) 621-0200

8    Facsimile: (216) 696-0740
*peyre@bakerlaw.com*

9    *evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

10    *emurdockpark@bakerlaw.com*

11

12    Tracy L. Cole
BAKER & HOSTETLER LLP

13    45 Rockefeller Plaza
New York, NY 10111

14    Telephone: (212) 589-4210
Facsimile: (212) 589-4201

15    *tcole@bakerlaw.com*

16    *Attorneys for Defendant Mitsui & Co.*
*(Taiwan), Ltd.*

17

18

19    By: /s/ Philip J. Iovieno
Philip J. Iovieno

20    BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor

21    Albany, NY 12207
(518) 434-0600 (Phone)

22    (518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*

23

24    *Counsel for Plaintiffs Electrograph Systems,*
*Inc. and Electrograph Technologies, Corp.*

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

1      Attestation:  The filer of this document attests that the concurrence of the other signatories

2  thereto has been obtained.

3                                    **[PROPOSED] ORDER**

4  IT IS SO ORDERED.

5  DATED this ___ 30th day of _____ Nov. _____, 2011 ____.

6

7                                          By: _____

8                                              Hon. SUSAN ILLSTON

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND