1  [Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO. 07-m-1827 SI |
| This Documents Relates To: *Best Buy v. AU Optronics Corp. et al*, Case No. 10-CV-4572, | CASE NO. 07-md-1827-SI CLASS ACTION CASE NO. 10-CV-4572 CASE NO. 11-CV-00058 |
| *Best Buy v. Toshiba Corp. et al* Case No. 12-CV-4114 | CASE NO. 10-CV-00117 CASE NO. 10-CV-5452 CASE NO. 09-CV-5840 |
| *Costco Wholesale Corporation v. AU Optronics Corp. et al.*, Case No. 11-CV-00058 | CASE NO. 10-CV-4945 CASE NO. 12-CV-4114 |
| *Electrograph Systems, Inc. v. Epson Imaging Devices Corp. et al.*, Case No. 10-CV-00117 | **AMENDED STIPULATION AND [PROPOSED] ORDER RE REVISED PRE-TRIAL SCHEDULE** |
| *Eastman Kodak Company v. Epson Imaging Devices Corp. et al.*, Case No. 10-CV-5452 | |
| *Motorola Mobility Inc. v. AU Optronics Corp. et al.*, Case No. 09-CV-5840 | |
| *Target Corp, et. al.*, v. *AU Optronics Corp. et al.*, Case No. 10-CV-4945 | |

The undersigned liaison counsel, on behalf of all plaintiffs and defendants in the above-referenced "Track 1B" action (the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the Case Management Conference was held on March 15, 2013;

WHEREAS, the Parties submitted additional briefing to the Court on the pre-trial schedule after the Case Management Conference;

WHEREAS, the Court issued an Order on April 2, 2013, regarding pre-trial exchanges; and

WHEREAS, the counsel for the Best Buy entities and the Toshiba entities agreed that good cause existed to modify the summary judgment schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties that the following pre-trial deadlines should be entered as an Order by this Court:

| Action | Plaintiffs' Disclosure | Defendants' Disclosure | Pl. Suppl. Exchange | Def. Suppl. Exchange | Filing date | Hearing |
| --- | --- | --- | --- | --- | --- | --- |
| **Witness lists** | Apr 30 | May 7 | May 14 | May 21 | June 25 | July 9 |
| **Exhibit lists** | May 21 | June 4 | June 14 | June 21 | June 25 | July 9 |
| **Deposition designations** | May 21 | June 4 | June 14 | June 21 | June 25 | July 9 |
| **Written discovery designations** | May 21 | June 4 | June 14 | June 21 | June 25 | July 9 |

| Action | 1st Exchange | 2nd Exchange | 3rd Exchange | Filing date | Hearing |
| --- | --- | --- | --- | --- | --- |
| **Joint Set of Jury Instructions** | May 28 | June 10 | June 18 | June 25 | |
| **Preliminary Statement & Instructions** | May 28 | June 10 | June 18 | June 25 | |
| **Joint Pretrial Conference Statement** | June 10 | June 18 | | June 25 | |
| **Jury Questionnaire** | June 10 | June 18 | June 21 | June 25 | |

| | | | | | |
|---|---|---|---|---|---|
| **Verdict Forms** | June 18 | June 21 | | June 25 | |
| **In Limines:** Motions | | | | June 18 | July 9 |
| Oppositions | | | | July 2 | |
| *Daubert* Motions  Motions | | | | May 3 | June 12 |
| Oppositions | | | | May 17 | |
| Replies | | | | May 24 | |

In addition, the parties to the *Best Buy v. Toshiba Corp. et al,* Case No. 12-CV-4114, case stipulate that the briefing schedule for summary judgment motions[1] shall be as follows:

MSJ Filing deadline: June 5

Oppositions: June 21

Replies: June 28

Hearing: July 9

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: June 3, 2013    Respectfully submitted,

By:  */s/ Jerome A. Murphy*

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile:   213-622-2690
Email: jmurray@crowell.com
         jlevine@crowell.com
         jstokes@crowell.com

---

[1] The parties set the deadline for filing Daubert Motions for May 14, 2013. The parties have not filed any Daubert motions beyond those filed by Toshiba in Track 1B, and therefore do not set forth a Daubert schedule as that deadline has passed. To the extent that any Daubert issues arise in the course of ongoing discovery between Toshiba and Best Buy, the parties will inform the Court. Best Buy will oppose any effort by Toshiba to file untimely Daubert challenges.

| | |
|---|---|
| 1 | |
| 2 | Jeffrey H. Howard (*pro hac vice*) |
| | Jerome A. Murphy (*pro hac vice*) |
| 3 | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue, N.W. |
| 4 | Washington, D.C. 20004 |
| | Telephone: 202-624-2500 |
| 5 | Facsimile: 202-628-5116 |
| | Email: jhoward@crowell.com |
| 6 | jmurphy@crowell.com |
| 7 | Kenneth L. Adams (*pro hac vice*) |
| | R. Bruce Holcomb (*pro hac vice*) |
| 8 | Christopher T. Leonardo (*pro hac vice*) |
| | ADAMS HOLCOMB LLP |
| 9 | 1875 Eye Street NW |
| | Washington, DC 20006 |
| 10 | Telephone: 202-580-8822 |
| | Facsimile: 202-580-8821 |
| 11 | Email: adams@adamsholcomb.com |
| | holcomb@adamsholcomb.com |
| 12 | leonardo@adamsholcomb.com |

*Attorneys for Plaintiffs Target Corporation; Sears, Roebuck & Co; Kmart Corp.; RadioShack Corp., Old Comp, Inc.; Newegg, Inc., Good Guys Inc.; and Motorola Mobility, Inc.; and Liaison Counsel for Direct Action Plaintiffs*

By: */s/ Christopher M. Curran*

Christopher M. Curran (pro hac vice)
Email: ccurran@whitecase.com
J. Mark Gidley (pro hac vice)
Email: mgidley@whitecase.com
Martin M. Toto (pro hac vice)
Email: mtoto@whitecase.com
John H. Chung (pro hac vice)
Email: jchung@whitecase.com
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. and on behalf of all Track 1B Defendant*

**IT IS SO ORDERED.**

Dated: _____6/11_____, 2013

*[signature: Susan Illston]*

Susan Illston, United States District Judge

DCACTIVE-22926180.1

-4-   MASTER FILE NO. 07-M-1827 SI

AMENDED STIPULATION AND [PROPOSED] ORDER RE REVISED PRE-TRIAL SCHEDULE

CROWELL
& MORING LLP
ATTORNEYS AT LAW